PER §524 (c)(6)(B) APPROVAL OF REAFFIRMATION AGREEMENT IS NOT REQUIRED FOR CONSUMER DEBT SECURED BY REAL PROPERTY EVEN IN CASES IN WHICH THE INDIVIDUAL IS NOT REPRESENTED BY AN ATTORNEY.

Date signed December 21, 2010



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   10–20161 – NVA   Chapter:   7

Lisa Robinson
1534 Bolton Street
Baltimore, MD 21217

Creditor – Carrollton Bank

Reaffirmation – 94

## STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor(s)
      Attorney for Debtor(s) – Richard J. Hackerman
      Chapter 7 Trustee – Brian A. Goldman
      Creditor – Carrollton Bank

**34.4 – *kgrant***

### End of Order